# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARVA MCGREGOR,**

                **Plaintiff,**

**-vs-**                                              Case No. 6:05-cv-1657-Orl-31JGG

**SENIOR PARTNER CARE SERVICES, INC., DON KRAMER, and BETH KRAMER,**

                **Defendants.**

_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement and Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. 25), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved (except for paragraph 1d(3)) and the case is dismissed with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 25, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party